**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

-vs- Case No. 2:08-cr-78-FtM-29SPC

**ROBERT WALTER GILFILLAN**

---

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule 6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count One (1) of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One (1), and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The parties have waived the ten day objection period to this Report and Recommendation.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of November, 2008.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record