FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

2008 NOV 10 PM 1: 43

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**UNITED STATES OF AMERICA**

v.                                                                         Case No. **2:08-cr-78-FtM-29SPC**

**ROBERT WALTER GILFILLAN**

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 35) entered November 6, 2008, to which the parties have waived the 10-day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count(s) One of the Indictment.

**Sentencing is scheduled for February 9, 2009 at 11:00 a.m. before the undersigned.**

**DONE and ORDERED** at Fort Myers, Florida, this ___ day of November, 2008.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record